# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| C.H. ROBINSON WORLDWIDE, INC. | Case No. 2:18-cv-06045-RGK-RAO |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| KLF LOGISTICS INC., | |
| Defendant. | |

In accordance with the Court's July 29, 2019 Order, it is **ORDERED, ADJUDGED, and DECREED** that:

Judgment is entered in favor of plaintiff C.H. Robinson Worldwide, Inc. on plaintiff's claim for breach of contract against defendant KLF Logistics Inc. in the amount of $436,986.77.

**IT IS SO ORDERED.**

DATED: August 13, 2019

Hon. R. Gary Klausner